UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,)
)
           Plaintiff,)
)
   v.             )   ORDER OF DETENTION AFTER HEARING
)   (18 U.S.C. § 3142(i))
John Milan )
)
           Defendant.)

87-959

I.

A.  (✓) On motion of the Government involving an alleged

    1.  ( )  crime of violence;

    2.  ( )  offense with maximum sentence of life imprisonment or death;

    3.  (✓)  narcotics or controlled substance offense with maximum sentence of ten or more years (21 U.S.C. §§ 801,/951, et. seq.,/955a);

    4.  ( )  felony - defendant convicted of two or more prior offenses described a[...]

///
///
///

ENTERED ON COURTRAN
JUL 15 1987

CR94 (5/86)                   -1-

   B.  On motion ( ) (by the Government)/( ) (by the Court sua sponte involving)

       1.  ( ) serious risk defendant will flee;

       2.  ( ) serious risk defendant will

           a.  ( ) obstruct or attempt to obstruct justice;

           b.  ( ) threaten, injure, or intimidate a prospective witness or juror or attempt to do so.

## II.

The Court finds no condition or combination of conditions will reasonably assure:

   A.  (✓) appearance of defendant as required;

                        and/or

   B.  (✓) safety of any person or the community;

## III.

The Court has considered:

   A.  (✓) the nature and circumstances of the offense;

   B.  (✓) the weight of evidence against the defendant;

   C.  (✓) the history and characteristics of the defendant;

   D.  (✓) the nature and seriousness of the danger to any person or to the community.

## IV.

The Court concludes:

   A.  (✓) Defendant poses a risk to the safety of other persons or the community because: _involved in alleged ring of sellst narcotics ring, numerous prior convictions for_

CR-94

-2-

_offenses, including ones involving violence_

B. (✓) History and characteristics indicate a serious risk that defendant will flee because: _on parole, had escape conviction_

C. ( ) A serious risk exists that defendant will:
   1. ( ) obstruct or attempt to obstruct justice;
   2. ( ) threaten, injure or intimidate a witness/juror;
   3. ( ) attempt to threaten, injure or intimidate a witness/juror;

Because: _____

D. (✓) Defendant has not rebutted by sufficient evidence to the contrary the presumption provided in 18 U.S.C. § 3142(e).

IT IS ORDERED defendant be detained prior to trial.

IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections facility separate from persons awaiting or serving sentences or persons held pending appeal.

///
///
///

CR-94                                  -3-

IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private consultation with his counsel.

DATED: 7/10/87

_____
U. S. MAGISTRATE/~~DISTRICT JUDGE~~