UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,)
)
Plaintiff,)
)
v.                         )   ORDER OF DETENTION AFTER HEARING
)   (18 U.S.C. § 3142(i))
John Milan              )
)
)
Defendant.)

87-~~959~~ 959

I.

A. (✓) On motion of the Government involving an alleged

1. ( ) crime of violence;

2. ( ) offense with maximum sentence of life imprisonment or death;

3. (✓) narcotics or controlled substance offense with maximum sentence of ten or more years (21 U.S.C. §§ 801,/951, et. seq.,/955a);

4. ( ) felony - defendant convicted of two or more prior offenses described a

///
///
///

ENTERED ON COURTRAN
JUL 15 1987

CR94 (5/86)

-1-

B. On motion ( ) (by the Government)/( ) (by the Court sua sponte involving)

    1. ( ) serious risk defendant will flee;

    2. ( ) serious risk defendant will

        a. ( ) obstruct or attempt to obstruct justice;

        b. ( ) threaten, injure, or intimidate a prospective witness or juror or attempt to do so.

II.

The Court finds no condition or combination of conditions will reasonably assure:

A. (✓) appearance of defendant as required;

and/or

B. (✓) safety of any person or the community;

III.

The Court has considered:

A. (✓) the nature and circumstances of the offense;

B. (✓) the weight of evidence against the defendant;

C. (✓) the history and characteristics of the defendant;

D. (✓) the nature and seriousness of the danger to any person or to the community.

IV.

The Court concludes:

A. (✓) Defendant poses a risk to the safety of other persons or the community because: _involved in alleged ring of sellers narcotics ring, numerous prior convictions for_

CR-94

-2-

_offenses, including ones involving violence_

B. (✓) History and characteristics indicate a serious risk that defendant will flee because: _on parole, had escape conviction_

C. ( ) A serious risk exists that defendant will:
   1. ( ) obstruct or attempt to obstruct justice;
   2. ( ) threaten, injure or intimidate a witness/juror;
   3. ( ) attempt to threaten, injure or intimidate a witness/juror;

   Because: _____

D. (✓) Defendant has not rebutted by sufficient evidence to the contrary the presumption provided in 18 U.S.C. § 3142(e).

IT IS ORDERED defendant be detained prior to trial.

IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections facility separate from persons awaiting or serving sentences or persons held pending appeal.

///
///
///

CR-94

-3-

IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private consultation with his counsel.

DATED: 7/10/87

_____
U. S. MAGISTRATE/~~DISTRICT JUDGE~~